**Electronically Filed**
**Supreme Court**
**SCWC-16-0000614**
**01-DEC-2017**
**09:49 AM**

SCWC-16-0000614

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

AMBER NAKI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000614; CASE NO. 1DCW-15-0005548)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Amber Naki's application

for writ of certiorari, filed on October 26, 2017 is hereby

rejected.

DATED: Honolulu, Hawai‘i, December 1, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

